Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RAYNASH LLC<br><br>　　　　　　　Defendant. | Case No.: 3:25-cv-01086-BAS-AHG<br><br>**NOTICE OF SETTLEMENT**<br><br>**IN LIEU OF**<br><br>**RESPONSE TO OSC DKT 6** |

　　　PLEASE TAKE NOTICE that the parties have settled their differences and expect to file closing papers within 45 days of this Notice.

　　　Plaintiff respectfully requests that the Court accept this Notice in lieu of a Response to OSC, dkt. at 6.

　　　RESPECTFULLY SUBMITTED this 24th day of June, 2025.

　　　　　　　　　　　　　　*Fernando Gastelum*
　　　　　　　　　　　　　　Fernando Gastelum
　　　　　　　　　　　　　　Pro Se

1